IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAPID CIRCUITS, INC., ARTHUR L. HUDSON, THERESA G. HUDSON, FRANCIS E. ZYSK, and LORRAINE G. ZYSK, Plaintiffs, v. SUN NATIONAL BANK, SUN BANCORP, INC., DEEB, PETRAKIS, BLUM & MURPHY, P.C., and INEZ M. MARKOVICH, Defendants. | : : : : : : : : : : : : | CIVIL ACTION NO. 10-6401 |

**O R D E R**

AND NOW, this 2nd day of May 2011, having considered the Motion to Dismiss the Amended Complaint of Defendants Sun National and Sun Bancorp (Doc. No. 24) and the Motion to Dismiss the Amended Complaint of Defendants Deeb, Petrakis, Blum & Murphy, P.C. and Inez M. Markovich (Doc. No. 27), and Plaintiffs' Responses thereto (Doc. Nos. 36 and 38), as well as the representations of counsel at oral argument on January 28, 2011, it is hereby ORDERED that the Motions are GRANTED in part and DENIED in part, as follows:

1. The Motions are GRANTED as to Counts I, II, III, V, VI, VII, VIII, X, and XI;

2. The Motions are DENIED as to Counts II, IV, and IX.[1]

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] As to Count II (Intentional Interference with Existing and Prospective Business and Contractual Relations) and as discussed in the accompanying Memorandum, the Court grants the Motions to Dismiss as to any claim for intentional interference with *prospective* contractual relations, and denies the Motions to Dismiss as to a claim for intentional interference with *existing* contractual relations.